UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **20-3388**

Jones v. Fox Rothschild LLP
(D.N.J. No. 2:20-cv-06312)

**ORDER**

The above-captioned appeal is from the district court's October 21, 2020, order. This order does not appear to have fully dismissed count I of the plaintiff's complaint, and it granted leave to amend other claims. The order may therefore not be final within the meaning of 28 U.S.C. § 1291 or otherwise appealable. <u>See, e.g.</u>, <u>Berckeley Inv. Grp., Ltd., v. Colkitt</u>, 259 F.3d 135, 140 (3d Cir. 2001) ("Ordinarily, an order which terminates fewer than all claims, or claims against fewer than all parties, does not constitute a 'final' order."). All parties must file written responses addressing this issue within fourteen days from the date of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: November 25, 2020
Cc: All Counsel of Record