# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT:** This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
Stephanie Jones v. Fox Rothschild LLP, et al.

APPEAL FROM DISTRICT COURT:
District: D.N.J.
D.C. Docket No.: 2:20-cv-06312
Date proceedings initiated in D.C.:
Date Notice of Appeal filed: November 20, 2020
USCA No.: 20-3388

## COUNSEL ON APPEAL

**Appellant(s):** Stephanie Jones
Name of Counsel: Robert T Vance Jr
Name of Party(ies): Stephanie Jones
Address: 100 South Broad Street, Suite 1525, Philadelphia PA 19110
Telephone No.: 215 557 9550
Fax No.: 215 287 7992
E-mail: rvance@vancelf.com

**For Appellee(s):** *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel:
Name of Party(ies):
Address:
Telephone No.:
Fax No.:
E-mail:

Name of Counsel:
Name of Party(ies):
Address:
Telephone No.:
Fax No.:
E-mail:

Is this a Cross-Appeal?            Yes ☐    No ☑
Appeals Docket No.:

Was there a previous appeal in case?    Yes ☐    No ☑
If yes, Short Title:
Appeals Docket No.:
Citation, if reported:

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal? Yes [✔] No [ ]
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
Yes [ ] No [ ]

If you answered yes to either "a" or "b" please provide:
Case Name: Stephanie Jones v. Fox Rothschild LLP, et al.
D.C. Docket No.: 2:20-cv-06312
Court or Agency: USDC, DNJ
Docket Number: _____
Citation, if reported: _____

## NATURE OF SUIT
(Check as many as apply)

1. FEDERAL STATUTES
- [ ] ANTITRUST
- [ ] BANKRUPTCY
- [ ] BANKS & BANKING
- [✔] CIVIL RIGHTS
- [ ] COMMERCE, ROUTES, AND TARIFFS
- [ ] COMMODITIES
- [ ] COMMUNICATIONS
- [ ] CONSUMER PROTECTION
- [ ] COPYRIGHT
- [ ] PATENT
- [ ] TRADEMARK
- [ ] ELECTION
- [ ] ENERGY
- [ ] ENVIRONMENTAL
- [ ] FOIA FREEDOM OF INFORMATION
- [ ] IMMIGRATION
- [ ] LABOR
- [ ] OSHA
- [ ] SECURITIES
- [ ] SOCIAL SECURITY
- [ ] TAX
- [ ] EQUAL ACCESS TO JUSTICE
- [ ] OTHER Specify: _____

2. TORTS
- [ ] ADMIRALTY
- [ ] ASSAULT/DEFAMATION
- [ ] PRODUCT LIABILITY/WARRANTY
- [ ] DIVERSITY
- [ ] OTHER Specify: _____

3. CONTRACTS
- [ ] ADMIRALTY/MARITIME
- [ ] ARBITRATION
- [ ] COMMERCIAL
- [ ] EMPLOYMENT
- [ ] INSURANCE
- [ ] NEGOTIABLE DISBURSEMENTS
- [ ] OTHER Specify: _____

4. PRISONER PETITIONS
- [ ] CIVIL RIGHTS
- [ ] VACATE SENTENCE 2255
- [ ] HABEAS CORPUS 2254
- [ ] HABEAS CORPUS 2241
- [ ] MANDAMUS/PROHIBITION
- [ ] OTHER Specify: _____

5. OTHER
- [ ] FORFEITURE
- [ ] CIVIL GRAND JURY
- [ ] TREATY Specify: _____
- [ ] OTHER Specify: _____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 7th day of December, 20 20.

Signature of Counsel: _/s/ Robert T. Vance_